**HONORABLE KAREN L. STROMBOM**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

* * * * *

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation,<br><br>Defendants. | CASE NO.: 3:11-cv-05456-KLS<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** |

Pursuant to General Rule 2(g)(3) and (4)(A), Plaintiffs, through their counsel of record Robert A. Bohrer, Esq. of Ekman, Bohrer & Thulin, P.S., hereby stipulate and respectfully request that the Court allow the withdrawal of Ekman, Bohrer & Thulin, P.S. and substitution of

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUION OF COUNSEL - (3:11-cv-05456-KLS) Page 1

THE URBAN LAW FIRM
AND
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com

1  Michael A. Urban, Esq. of The Urban Law Firm and Evan L. James, Esq. of Christensen James
2  & Martin as counsel of record for Plaintiffs.  The undersigned hereby certify that a copy of this
3  notice has been served upon Plaintiffs.
4      Dated this 5th day of June, 2012.

5      THE URBAN LAW FIRM

6      /s/ Michael A. Urban

7      Michael A. Urban, Esq.
    WSBA #20251
8      800 Bellevue Way NE, Suite 400
    Bellevue, WA 98004
9      P. (425) 646-2394/(702) 968-8087
    F. (425) 462-5638/(702) 968-8088
10     murban@theurbanlawfirm.com

11     CHRISTENSEN JAMES & MARTIN

12     /s/ Evan L. James

13     Evan L. James, Esq.
    WSBA #44654
14     800 Bellevue Way NE, Suite 400
    Bellevue, WA 98004
15     P. (425) 462-4045/(702) 255-1718
    F. (425) 462-5638/(702) 255-0871
16     elj@cjmlv.com

17     *Substituting Attorneys for Plaintiffs*

18
    Ekman, Bohrer & Thulin, P.S.
19

20
    Robert A. Bohrer, Esq.
21     WSBA #5050
    220 W Mercer Street, Suite 400
22     Seattle, WA 98119-3966
    (206) 282-8221 phone
23     (206) 285-4587 facsimile
    r.bohrer@ekmanbohrer.com
24     *Withdrawing Attorneys for Plaintiffs*

25 / / /

STIPULATION AND ORDER FOR
WITHDRAWAL AND SUBSTITUION OF
COUNSEL - (3:11-cv-05456-KLS)
Page 2

THE URBAN LAW FIRM
AND
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com

# ORDER

IT IS ORDERED that the Court grants the withdrawal of Ekman, Bohrer & Thulin, P.S. and substitution and appearance of Michael A. Urban, Esq. of The Urban Law Firm and Evan L. James, Esq. of Christensen James & Martin as counsel of record for Plaintiffs.

DATED this 8th day of June, 2012.

Karen L. Strombom
United States Magistrate Judge

Presented by:

THE URBAN LAW FIRM

/s/ Michael A. Urban

Michael A. Urban, Esq.
WSBA #20251
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(702) 968-8087
F. (425) 462-5638/(702) 968-8088
murban@theurbanlawfirm.com
*Substituting Attorneys for Plaintiffs*

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUION OF COUNSEL - (3:11-cv-05456-KLS)
Page 3

THE URBAN LAW FIRM
AND
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com

# CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin. On the date of filing of the foregoing STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS, I caused a true and correct copy to be served on the parties listed below in the manner specified:

| | |
|---|---|
| Mark Bruce Moburg<br>2135 112th Ave. NE<br>Ste. 230<br>Bellevue, WA 98004<br>*Attorney for Defendants*<br>(Via U.S. mail) | Erik A. Read, APR<br>Zenith American Solutions<br>201 Queen Anne Avenue North, Ste. 100<br>Seattle, Washington 98109-4896<br>*Third-Party Administrator for Plaintiffs*<br>(Via e-mail: eread@zenith-american.com) |

Christensen James & Martin

By: /s/ Natalie Larson

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUION OF COUNSEL - (3:11-cv-05456-KLS)
Page 4

THE URBAN LAW FIRM
AND
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com