**HONORABLE KAREN L. STROMBOM**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

\* \* \* \* \*

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br><br> vs. <br><br> STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation, <br><br> Defendants. | CASE NO.: 3:11-cv-05456-KLS <br><br> **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** |

Pursuant to General Rule 2(g)(3) and (4)(A), Plaintiffs, through their counsel of record Robert A. Bohrer, Esq. of Ekman, Bohrer & Thulin, P.S., hereby stipulate and respectfully request that the Court allow the withdrawal of Ekman, Bohrer & Thulin, P.S. and substitution of

STIPULATION AND ORDER FOR
WITHDRAWAL AND SUBSTITUION OF
COUNSEL - (3:11-cv-05456-KLS)
Page 1

THE URBAN LAW FIRM
AND
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com

1 | Michael A. Urban, Esq. of The Urban Law Firm and Evan L. James, Esq. of Christensen James
2 | & Martin as counsel of record for Plaintiffs. The undersigned hereby certify that a copy of this
3 | notice has been served upon Plaintiffs.
4 |     Dated this 5th day of June, 2012.

5                                THE URBAN LAW FIRM

6                                /s/ Michael A. Urban

7                                Michael A. Urban, Esq.
                                WSBA #20251
8                                800 Bellevue Way NE, Suite 400
                                Bellevue, WA 98004
9                                P. (425) 646-2394/(702) 968-8087
                                F. (425) 462-5638/(702) 968-8088
10                               murban@theurbanlawfirm.com

11                               CHRISTENSEN JAMES & MARTIN

12                               /s/ Evan L. James

13                               Evan L. James, Esq.
                              WSBA #44654
14                               800 Bellevue Way NE, Suite 400
                              Bellevue, WA 98004
15                               P. (425) 462-4045/(702) 255-1718
                              F. (425) 462-5638/(702) 255-0871
16                               elj@cjmlv.com

17                               *Substituting Attorneys for Plaintiffs*

18
                              Ekman, Bohrer & Thulin, P.S.
19

20
                              Robert A. Bohrer, Esq.
21                               WSBA #5050
                              220 W Mercer Street, Suite 400
22                               Seattle, WA 98119-3966
                              (206) 282-8221 phone
23                               (206) 285-4587 facsimile
                              r.bohrer@ekmanbohrer.com
24                               *Withdrawing Attorneys for Plaintiffs*

25 | / / /

STIPULATION AND ORDER FOR
WITHDRAWAL AND SUBSTITUION OF
COUNSEL - (3:11-cv-05456-KLS)
Page 2

THE URBAN LAW FIRM
AND
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com

# **ORDER**

IT IS ORDERED that the Court grants the withdrawal of Ekman, Bohrer & Thulin, P.S. and substitution and appearance of Michael A. Urban, Esq. of The Urban Law Firm and Evan L. James, Esq. of Christensen James & Martin as counsel of record for Plaintiffs.

DATED this 8th day of June, 2012.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

THE URBAN LAW FIRM

/s/ Michael A. Urban

Michael A. Urban, Esq.
WSBA #20251
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(702) 968-8087
F. (425) 462-5638/(702) 968-8088
murban@theurbanlawfirm.com
*Substituting Attorneys for Plaintiffs*

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUION OF COUNSEL - (3:11-cv-05456-KLS)
Page 3

THE URBAN LAW FIRM
AND
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I am an employee of Christensen James & Martin. On the date of filing of the foregoing |
| 3 | STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| 4 | FOR PLAINTIFFS, I caused a true and correct copy to be served on the parties listed below in |
| 5 | the manner specified: |

Mark Bruce Moburg
2135 112th Ave. NE
Ste. 230
Bellevue, WA 98004
*Attorney for Defendants*
(Via U.S. mail)

Erik A. Read, APR
Zenith American Solutions
201 Queen Anne Avenue North, Ste. 100
Seattle, Washington 98109-4896
*Third-Party Administrator for Plaintiffs*
(Via e-mail: eread@zenith-american.com)

Christensen James & Martin

By: /s/ Natalie Larson

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUION OF COUNSEL - (3:11-cv-05456-KLS)
Page 4

THE URBAN LAW FIRM
AND
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com