**HONORABLE KAREN L. STROMBOM**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>          Plaintiffs,<br>vs.<br><br>STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation,<br><br>          Defendants. | CASE NO.: 3:11-cv-05456-KLS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

ORDER GRANTING PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT (3:11-cv-05456-KLS)
Page 1

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

# I.

## **JUDGMENT SUMMARY**

1. Judgment Creditors: Employee Painters' Trust Health & Welfare Fund; Western Washington Painters Defined Contribution Pension Trust; District Council No. 5 Apprenticeship and Training Trust Fund Western Washington Painters Labor Management Cooperation Trust; International Union of Painters and Allied Trades Industry Pension Fund; International Union Of Painters And Allied Trades District Council No. 5

2. Judgment Debtors: Picture Perfect Painting, Inc.; Joan Marie Freemire; Steven Ray Freemire

3. Judgment Amount: $120,093.61

   Consisting of the following amounts

   a. Contributions: $73,602.22

   b. Liquidated Damages: $18,794.41

   c. Accrued Interest: $5,608.47

   d. Audit Costs: $2,549.00

   e. Attorney's Fees & Costs: $19,539.51

4. Judgment Amount shall bear interest at 12% per annum

///
///
///
///

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (3:11-cv-05456-KLS)
Page 2

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

| | | |
|---|---|---|
| 5. | Attorneys for Judgment Creditors: | CHRISTENSEN JAMES & MARTIN<br>Evan L. James, Esq.<br>WSBA #44654<br>800 Bellevue Way NE, Suite 400<br>Bellevue, WA 98004<br>P. (425) 462-4045/(702) 255-1718<br>F. (425) 462-5638/(702) 255-0871<br>elj@cjmlv.com<br><br>THE URBAN LAW FIRM<br>Michael A. Urban, Esq.<br>WSBA #20251<br>800 Bellevue Way NE, Suite 400<br>Bellevue, WA 98004<br>P. (425) 646-2394/(702) 968-8087<br>F. (425) 462-5638/(702) 968-8088<br>murban@theurbanlawfirm.com |
| 6. | Attorneys for Judgment Debtors: | LAW OFFICE OF MARK B. MOBURG PLLC<br>Mark B. Moburg, Esq.<br>WSBA #19463<br>2135 – 112th Avenue NE, Suite 230<br>Bellevue, Washington 98004<br>P. (425) 818-4828<br>F. (425) 451-2661<br>mark@moburglaw.com |

## II.

## <u>ORDER</u>

Pursuant to the Plaintiffs' Motion for Summary Judgment [Doc. 18], and the Court having considered Plaintiffs' Motion and supporting papers, with Exhibits 1 – 6 and supporting

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (3:11-cv-05456-KLS)
Page 3

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

1  declarations, defendants' opposition (if any), and the Plaintiffs' reply, as well as the pleadings,

2  files and records in this matter, and the Court otherwise being generally advised, it is hereby

3  **ORDERED** that the Plaintiffs' Motion for Summary Judgment is granted. The Plaintiffs

4  shall be awarded a Judgment against Defendants Picture Perfect Painting, Inc., Joan Marie

5  Freemire and Steven Ray Freemire (collectively "Defendants") in the amount of $120,093.61 as

6  outlined in judgment summary item no. 3, above, which represent contributions covering the

7  period September 2009 through September 2012 in the amount of $73,602.22; liquidated

8  damages in the amount of $18,794.41; prejudgment accrued interest in the amount of $5,608.47;

9  audit costs in the amount of $2,549.00; and attorney's fees and costs in the amount of

10  $19,539.51, for a total amount owing of $120,093.61.

11  **IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total

12  unpaid balance of the Judgment at the rate of 12% per annum, pursuant to the terms of the Trust

13  Agreements to which the defendants are bound.

14  Dated this 28th day of December, 2012.

17  Karen L. Strombom
United States Magistrate Judge

20  Submitted by:
CHRISTENSEN JAMES & MARTIN
21  */s/ Evan L. James*
Evan L. James, Esq.

23  ORDER GRANTING PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT (3:11-cv-05456-KLS)
24  Page 4

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

1  WSBA #44654
   800 Bellevue Way NE, Suite 400
2  Bellevue, WA 98004
   elj@cjmlv.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  ORDER GRANTING PLAINTIFFS' MOTION FOR
    SUMMARY JUDGMENT (3:11-cv-05456-KLS)
24  Page 5

25

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, I personally transmitted the foregoing Proposed Order Granting Plaintiffs' Motion for Summary Judgment, to the party set forth below pursuant to the authorization granted by F.R.C.P. 5(b)(E):

MARK B. MOBURG
mark@moburglaw.com

                                             Christensen James & Martin

                                             By: */s/ Evan L. James*
                                                   Evan L. James

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (3:11-cv-05456-KLS)
Page 6

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com