**HONORABLE KAREN L. STROMBOM**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>    Plaintiffs,<br>vs.<br><br>STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation,<br><br>    Defendants. | CASE NO.: 3:11-cv-05456-KLS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (3:11-cv-05456-KLS)
Page 1

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

# I.

## **JUDGMENT SUMMARY**

1. Judgment Creditors: Employee Painters' Trust Health & Welfare Fund; Western Washington Painters Defined Contribution Pension Trust; District Council No. 5 Apprenticeship and Training Trust Fund Western Washington Painters Labor Management Cooperation Trust; International Union of Painters and Allied Trades Industry Pension Fund; International Union Of Painters And Allied Trades District Council No. 5

2. Judgment Debtors: Picture Perfect Painting, Inc.; Joan Marie Freemire; Steven Ray Freemire

3. Judgment Amount: $120,093.61

   Consisting of the following amounts

   a. Contributions: $73,602.22
   b. Liquidated Damages: $18,794.41
   c. Accrued Interest: $5,608.47
   d. Audit Costs: $2,549.00
   e. Attorney's Fees & Costs: $19,539.51

4. Judgment Amount shall bear interest at 12% per annum

///

///

///

///

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (3:11-cv-05456-KLS)
Page 2

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

| | | |
|---|---|---|
| 5. | Attorneys for Judgment Creditors: | CHRISTENSEN JAMES & MARTIN
Evan L. James, Esq.
WSBA #44654
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 462-4045/(702) 255-1718
F. (425) 462-5638/(702) 255-0871
elj@cjmlv.com

THE URBAN LAW FIRM
Michael A. Urban, Esq.
WSBA #20251
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(702) 968-8087
F. (425) 462-5638/(702) 968-8088
murban@theurbanlawfirm.com |
| 6. | Attorneys for Judgment Debtors: | LAW OFFICE OF MARK B. MOBURG PLLC
Mark B. Moburg, Esq.
WSBA #19463
2135 – 112th Avenue NE, Suite 230
Bellevue, Washington 98004
P. (425) 818-4828
F. (425) 451-2661
mark@moburglaw.com |

## II.

## <u>ORDER</u>

Pursuant to the Plaintiffs' Motion for Summary Judgment [Doc. 18], and the Court having considered Plaintiffs' Motion and supporting papers, with Exhibits 1 – 6 and supporting

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (3:11-cv-05456-KLS)
Page 3

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

1  declarations, defendants' opposition (if any), and the Plaintiffs' reply, as well as the pleadings,

2  files and records in this matter, and the Court otherwise being generally advised, it is hereby

3  **ORDERED** that the Plaintiffs' Motion for Summary Judgment is granted. The Plaintiffs

4  shall be awarded a Judgment against Defendants Picture Perfect Painting, Inc., Joan Marie

5  Freemire and Steven Ray Freemire (collectively "Defendants") in the amount of $120,093.61 as

6  outlined in judgment summary item no. 3, above, which represent contributions covering the

7  period September 2009 through September 2012 in the amount of $73,602.22; liquidated

8  damages in the amount of $18,794.41; prejudgment accrued interest in the amount of $5,608.47;

9  audit costs in the amount of $2,549.00; and attorney's fees and costs in the amount of

10 $19,539.51, for a total amount owing of $120,093.61.

11 **IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total

12 unpaid balance of the Judgment at the rate of 12% per annum, pursuant to the terms of the Trust

13 Agreements to which the defendants are bound.

14 Dated this 28th day of December, 2012.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

Submitted by:
CHRISTENSEN JAMES & MARTIN
*/s/ Evan L. James*
Evan L. James, Esq.

ORDER GRANTING PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT (3:11-cv-05456-KLS)
Page 4

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

1  WSBA #44654
   800 Bellevue Way NE, Suite 400
2  Bellevue, WA 98004
   elj@cjmlv.com
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  ORDER GRANTING PLAINTIFFS' MOTION FOR
    SUMMARY JUDGMENT (3:11-cv-05456-KLS)
24  Page 5
25

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, I personally transmitted the foregoing Proposed Order Granting Plaintiffs' Motion for Summary Judgment, to the party set forth below pursuant to the authorization granted by F.R.C.P. 5(b)(E):

        MARK B. MOBURG
        mark@moburglaw.com

                                Christensen James & Martin

                                By: */s/ Evan L. James*
                                    Evan L. James

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (3:11-cv-05456-KLS)
Page 6

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394/(425) 462-4045
F. (423) 462-5638/(702) 255-0871/(702) 968-8088
elj@cjmlv.com
murban@theurbanlawfirm.com